FILED
2010 Jan-20 PM 01:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LOGAN MARTIN BOATING CENTER, INC., BILL COSPER, JR., and ANDREW KAUFMANN, JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>YAMAHA MOTOR CORPORATION, U.S.A,<br><br>    Defendant. | CIVIL ACTION NO.<br>4:09-CV-02275-RRA |

**<u>Memorandum Opinion</u>**

The case is now before the court on the plaintiffs' motion to remand. (Doc. 4.) On January, 4, 2010, the magistrate recommended that the motion to remand be denied. The time for objections to the recommendation has now expired. The plaintiff has filed an objection to the recommendation. In their objections, the Plaintiffs argue that contrary to Judge Armstrong's analysis, they did not "purchase" the boats remaining in inventory, but were only obligated to make interest payments on those boats. However, these unsupported arguments do not refute the evidence offered by Defendant – the Yamaha Dealer agreement and the invoices for the remaining boats. Judge Armstrong correctly rejected Plaintiffs' unsupported argument that contradicted the evidence submitted by Defendant.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the court finds that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The court EXPRESSLY FINDS that the defendant has established subject matter jurisdiction in this matter by

a preponderance of the evidence. Accordingly, plaintiffs' motion to remand is due to be DENIED.

An appropriate order will be entered.

DONE this the 20th day of January, 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE